UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

**IN RE:**                                              **Chapter 7**

**MICHAEL WILLIAM SCHULTZ,**                **CASE NO. 8:20-BK-00057-CPM**

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that John L. Dicks II, of the law firm of Akerman LLP, appears as counsel in this case for **Barn Light Electric Co., LLC,** and requests service of all pleadings, notices, and other papers filed in this case as follows:

John L. Dicks II
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
john.dicks@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic service upon on CM/ECF parties on this 11th day of March, 2020.

/s/ John L. Dicks II
Florida Bar No. 89012
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Tel: (813) 223-7333
Fax: (813) 223-2837
*Attorney for Barn Light Electric Co., LLC*

52339887;1